```
GIBSON, DUNN & CRUTCHER LLP
Robert E. Cooper, SBN 35888
rcooper@gibsondunn.com
333 S. Grand Ave
Los Angeles, California 90071
Telephone:  (213) 229-7000
Facsimile:  (213) 229-7520

George A. Nicoud III, SBN 106111
tnicoud@gibsondunn.com
Lindsey E. Blenkhorn, SBN 227484
lblenkhorn@gibsondunn.com
555 Mission Street
San Francisco, California 94105
Telephone: (415) 393-8210
Facsimile: (415) 374-8458
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULTIVEN, INC., a Delaware Corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>CISCO SYSTEMS, INC., a California corporation,<br><br>              Defendant. | CASE NO. C08-CV-05391-JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT AND MODIFYING THE DATE OF THE CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED, pursuant to Northern District of California Local Rules 6-1(a), 6-2, 7-12, and 16-2(e) by and between Plaintiff Multiven, Inc. and Defendant Cisco Systems, Inc., by and through their attorneys, as follows:

WHEREAS, Plaintiff Multiven, Inc. filed its Complaint on December 1, 2008;

WHEREAS, pursuant to Northern District of California Local Rule 6-1(a), Plaintiff Multiven, Inc. agrees that Defendant Cisco Systems, Inc. shall have until and including March 6, 2009 to move, answer, or otherwise respond to the complaint;

WHEREAS, the case management conference is presently set for March 30, 2009;

WHEREAS, the parties are presently scheduled to submit a Joint Case Management Statement on March 20, 2009;

Gibson, Dunn & Crutcher LLP

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT AND MODIFYING THE DATE OF THE CASE MANAGEMENT CONFERENCE; CASE No. C08-CV-05391**

1  WHEREAS, both parties agree that the case management conference should be continued to permit the parties to confer regarding the facts in this case;

3  WHEREAS, both parties agree that, pursuant to Northern District of California Local Rule 16-2(e), the case management conference shall be on or after May 4, 2009, or a date as soon thereafter as is convenient for the Court;

6  WHEREAS, both parties agree that, pursuant to Northern District of California Local Rule 16-2(e), the Joint Case Management Statement shall be due ten calendar days before the case management conference.

9  NOW, THEREFORE, the parties, by and through their counsel of record, stipulate that, if acceptable to the Court:

1.  Defendant Cisco Systems, Inc. shall have until and including March 6, 2009 to move, answer, or otherwise respond to the complaint;

2.  The case management conference shall be on or after May 4, 2009, as is convenient for the Court; and

3.  The parties' Joint Case Management Statement shall be due ten calendar days before the case management conference.

IT IS SO STIPULATED.

DATED:  December 24, 2008

GIBSON, DUNN & CRUTCHER LLP
Robert E. Cooper
George A. Nicoud III
Lindsey E. Blenkhorn

By:_____/s/ George A. Nicoud III_____
Attorneys for Defendant
CISCO SYSTEMS, INC.

///

///

///

///

///

2

Gibson, Dunn & Crutcher LLP

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT AND MODIFYING THE DATE OF THE CASE MANAGEMENT CONFERENCE; CASE No. C08-CV-05391**

DATED:  December 24, 2008

                                  BLECHER & COLLINS, P.C.
                                  Maxwell M. Blecher
                                  Donald R. Pepperman
                                  James Robert Noblin

                                  By:_____/s/ Maxwell M. Blecher____
                                  Attorneys for Plaintiff
                                  MULTIVEN, INC.


### **ORDER**

1. Defendant Cisco Systems, Inc. shall have until and including March 6, 2009 to move, answer, or otherwise respond to the complaint;

2. The case management conference shall be on _____May 4_____, 2009 at ___10:00 AM___;

3. The parties' Joint Case Management Statement shall be due ten calendar days before the case management conference.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:__December 29, 2008__                    _____/s/ James Ware_____
                                                            UNITED STATES DISTRICT JUDGE
                                                            JUDGE JAMES WARE

Gibson, Dunn & Crutcher LLP

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT AND MODIFYING THE DATE OF THE CASE MANAGEMENT CONFERENCE; CASE No. C08-CV-05391**

# DECLARATION OF SERVICE

I, Elizabeth Sperry, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California 94105, in said County and State. On December 24, 2008, I served the within:

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT AND MODIFYING THE DATE OF THE CASE MANAGEMENT CONFERENCE**

**DECLARATION OF GEORGE A. NICOUD III IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT AND MODIFYING THE DATE OF THE CASE MANAGEMENT CONFERENCE**

to all interested parties as follows:

☑ **BY ECF (ELECTRONIC CASE FILING)**: I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on December 5, 2008. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

☑ **BY ELECTRONIC MAIL**: On the above-mentioned date, I served a full and complete copy of the above-referenced document[s] by electronic mail to the person at the address indicated below.

James Robert Noblin
Blecher & Collins, P.C.
515 South Figueroa Street, Suite 1750
Los Angeles, California 90017-3334
Phone: 213-622-4222
Fax: 213-689-1944
Email: rnoblin@blechercollins.com

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on December 24, 2008, at San Francisco, California.

_____/s:/ Elizabeth Sperry_____
Elizabeth Sperry

Gibson, Dunn & Crutcher LLP

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT AND MODIFYING THE DATE OF THE CASE MANAGEMENT CONFERENCE; CASE No. C08-CV-05391**