GIBSON, DUNN & CRUTCHER LLP
Robert E. Cooper, SBN 35888
*rcooper@gibsondunn.com*
333 S. Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

George A. Nicoud III, SBN 106111
*tnicoud@gibsondunn.com*
Austin V. Schwing, SBN 211696
*aschwing@gibsondunn.com*
555 Mission Street, 30th Floor
San Francisco, California 94105
Telephone: (415) 393-8210
Facsimile: (415) 374-8458

Attorneys for Defendant Cisco Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULTIVEN, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>CISCO SYSTEMS, INC., a California corporation,<br><br>    Defendant. | CASE NO. C08-CV-05391-JW<br><br>**STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT** |

IT IS HEREBY STIPULATED, pursuant to Northern District of California Local Rules 6-1(a), by and between Plaintiff Multiven, Inc. and Defendant Cisco Systems, Inc., by and through their attorneys, as follows:

WHEREAS, Plaintiff Multiven, Inc. filed its Complaint on December 1, 2008;

WHEREAS, the parties previously extended Defendant Cisco Systems, Inc.'s time to respond to the complaint and modified the date of the case management conference by stipulation on December 29, 2008;

//

//

1

WHEREAS, pursuant to Northern District of California Local Rule 6-1(a), Plaintiff Multiven, Inc. agrees that Defendant Cisco Systems, Inc. shall have until and including March 27, 2009 to move, answer, or otherwise respond to the complaint;

NOW, THEREFORE, the parties, by and through their counsel of record, stipulate that Defendant Cisco Systems, Inc. shall have until and including March 27, 2009 to move, answer, or otherwise respond to the complaint.

IT IS SO STIPULATED.

DATED: March 3, 2009

    GIBSON, DUNN & CRUTCHER LLP
    Robert E. Cooper
    George A. Nicoud III
    Austin V. Schwing

    By:_____/s/ George A. Nicoud III_____
                  George A. Nicoud III

    Attorneys for Defendant
    CISCO SYSTEMS, INC.

DATED: March 3, 2009

    BLECHER & COLLINS, P.C.
    Maxwell M. Blecher
    Donald R. Pepperman
    James Robert Noblin

    By:_____/s/ Maxwell M. Blecher_____
                  Maxwell M. Blecher

    Attorneys for Plaintiff
    MULTIVEN, INC.

**IT IS SO ORDERED:**

Deadline for Defendant's to respond due March 27, 2009.

Dated: March 11, 2009        _____
                                          United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

By: /s/ George A. Nicoud
George A. Nicoud

# DECLARATION OF SERVICE

I, Robin McBain, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission St., Ste. 3000, San Francisco, California 94105, in said County and State. On March 3, 2009, I served the within:

**STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT**

to all named counsel of record as follows:

☑ **BY ECF (ELECTRONIC CASE FILING)**: I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on March 3, 2009. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I also served the within to the below-listed parties not registered for e-filing as follows:

☑ **BY U.S. MAIL**: I placed a true copy in a sealed envelope addressed to the below-named parties, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**Attorneys for Plaintiff**

Maxwell M. Blecher
James R. Noblin
BLECHER & COLLINS, P.C.
515 S. Figueroa St., Ste. 1750
Los Angeles, CA 90017-3334
Telephone: (213) 622-4222

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Certificate of Service was executed by me on March 3, 2009, at San Francisco, California.

By     /s/Robin McBain
        Robin McBain

100610682_4.DOC

Gibson, Dunn & Crutcher LLP

**DECLARATION OF SERVICE; CASE No. C08-CV-05391**