BLECHER & COLLINS, P.C.
Maxwell M. Blecher (State Bar No. 26202)
  mblecher@blechercollins.com
Donald R. Pepperman (State Bar No. 109809)
  dpepperman@blechercollins.com
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071-3334
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

Attorneys for Plaintiff Multiven, Inc.

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MULTIVEN, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC., a California corporation,<br><br>        Defendant.<br>_____<br>CISCO SYSTEMS, INC., a California corporation,<br><br>        Counterclaimant,<br><br>vs.<br><br>MULTIVEN, INC., a Delaware corporation; and PETER ALFRED-ADEKEYE, an individual,<br><br>        Counterdefendants.<br>_____ | CASE NO. 08-CV-05391 JW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING COUNTERDEFENDANTS' TIME TO RESPOND TO THE COUNTERCLAIMS<br><br>Assigned to:<br>Honorable James Ware |

    IT IS HEREBY STIPULATED, pursuant to Northern District of California Local Rules 6-1(a), 6-2, and 7-12, by and between plaintiff/counterdefendant Multiven, Inc. and counterdefendant Peter Alfred-Adekeye and defendant/counterclaimant Cisco Systems, Inc., by and through their respective attorneys, as follows:

-1-

STIPULATION AND [PROPOSED] ORDER EXTENDING COUNTERDEFENDANTS' TIME TO RESPOND TO THE COUNTERCLAIMS - Case No. 08-CV-05391 JW

1   WHEREAS, Plaintiff Multiven, Inc. filed its Complaint on December 1, 2008;

2   WHEREAS, the parties previously modified the date of the case management
3   conference by stipulation and order on December 29, 2008, March 27, 2009 and on or
4   about April 30, 2009;

5   WHEREAS, the parties previously extended Defendant Cisco Systems, Inc.'s
6   time to respond to the Complaint by stipulations and orders on December 29, 2008,
7   March 11, 2009, March 27, 2009 and on or about April 30, 2009.

8   WHEREAS, Defendant Cisco Systems, Inc. filed an Answer and Counterclaims
9   on May 18, 2009;

10  WHEREAS, the case management conference is presently set for June 15,
11  2009;

12  WHEREAS, the parties are presently scheduled to submit a Joint Case
13  Management Statement on June 5, 2009;

14  WHEREAS, the parties agree that the counterdefendants shall have until and
15  including July 8, 2009 to move, answer, or otherwise respond to the Counterclaims.

16  NOW, THEREFORE, the parties, by and through their counsel of record,
17  stipulate that, if acceptable to the Court:

18  1.  Counterdefendants Multiven, Inc. and Peter Alfred-Adekeye shall have
19      until and including July 8, 2009 to move, answer, or otherwise respond to
20      the Counterclaims.

21  IT IS SO STIPULATED.

Dated:   June 5, 2009          BLECHER & COLLINS, P.C.
                               MAXWELL M. BLECHER
                               DONALD R. PEPPERMAN

                        By:    /s/ Donald R. Pepperman
                               DONALD R. PEPPERMAN
                               Attorneys for Plaintiff Multiven, Inc.

-2-

STIPULATION AND [PROPOSED] ORDER EXTENDING COUNTERDEFENDANTS'
TIME TO RESPOND TO THE COUNTERCLAIMS - Case No. 08-CV-05391 JW

Dated: June 5, 2009

GIBSON DUNN & CRUTCHER LLP
ROBERT E. COOPER
GEORGE A. NICOUD III
AUSTIN V. SCHWING

By: /s/ George A. Nicoud III
GEORGE A. NICOUD III
Attorneys for Defendant Cisco Systems, Inc.

## ORDER

1. Counterdefendants Multiven, Inc. and Peter Alfred-Adekeye shall have until and including July 8, 2009 to move, answer, or otherwise respond to the Counterclaims.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 10, 2009

UNITED STATES DISTRICT JUDGE
JUDGE JAMES WARE

39051

-3-

STIPULATION AND [PROPOSED] ORDER EXTENDING COUNTERDEFENDANTS'
TIME TO RESPOND TO THE COUNTERCLAIMS - Case No. 08-CV-05391 JW