1  BLECHER & COLLINS, P.C.
   Maxwell M. Blecher (State Bar No. 26202)
2    mblecher@blechercollins.com
   Donald R. Pepperman (State Bar No. 109809)
3    dpepperman@blechercollins.com
   515 South Figueroa Street, Suite 1750
4  Los Angeles, California  90071-3334
   Telephone:   (213) 622-4222
5  Facsimile:   (213) 622-1656

6  Attorneys for Plaintiff Multiven, Inc.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 | MULTIVEN, INC., a Delaware corporation, | CASE NO. 08-CV-05391 JW-RS |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXTENDING COUNTERDEFENDANTS' TIME TO RESPOND TO THE FIRST AMENDED COUNTERCLAIMS |
| vs. | |
| CISCO SYSTEMS, INC., a California corporation, | |
| Defendant. | Assigned to: Honorable James Ware |
| CISCO SYSTEMS, INC., a California corporation, | |
| Counterclaimant, | |
| vs. | |
| MULTIVEN, INC., a Delaware corporation; PINGSTA, INC., a Delaware corporation; and PETER ALFRED-ADEKEYE, an individual, | |
| Counterdefendants. | |

1  IT IS HEREBY STIPULATED, pursuant to Northern District of California Local
2  Rules 6-1(a), 6-2, and 7-12, by and between plaintiff/counterdefendant Multiven, Inc.
3  counterdefendant Pingsta, Inc. and counterdefendant Peter Alfred-Adekeye and
4  defendant/counterclaimant Cisco Systems, Inc., by and through their respective
5  attorneys, as follows:
6      WHEREAS, Plaintiff Multiven, Inc. filed its Complaint on December 1, 2008;
7      WHEREAS, the parties previously modified the date of the Case Management
8  Conference by stipulation and Order on December 29, 2008, March 27, 2009 and on or
9  about April 30, 2009;
10     WHEREAS, the parties previously extended defendant Cisco Systems, Inc.'s
11 time to respond to the Complaint by stipulations and Orders on December 29, 2008,
12 March 11, 2009, March 27, 2009 and on or about April 30, 2009.
13     WHEREAS, defendant Cisco Systems, Inc. filed an Answer and Counterclaims
14 on May 18, 2009;
15     WHEREAS, the Case Management Conference was set for June 15, 2009
16 (subsequently vacated by Court);
17     WHEREAS, the parties submitted a Joint Case Management Statement on June
18 5, 2009;
19     WHEREAS, the Court entered a Scheduling Order on June 10, 2009.
20     WHEREAS, Defendant Cisco Systems Inc. filed an answer and First Amended
21 Counterclaims on June 25, 2009 adding Pingsta, Inc. as a Counterdefendant.
22     WHEREAS, the parties agree that the counterdefendants shall have until and
23 including August 14, 2009 to move, answer, or otherwise respond to the First Amended
24 Counterclaims.
25     NOW, THEREFORE, the parties, by and through their counsel of record,
26 stipulate that, if acceptable to the Court:
27     1.   Counterdefendants Multiven, Inc., Pingsta, Inc. and Peter Alfred-Adekeye
28          shall have until and including August 14, 2009 to move, answer, or

-1-

STIP. & [PROPOSED] ORDER EXTENDING COUNTERDEFENDANTS' TIME
Case No. 08-CV-05391 JW-RS

otherwise respond to the First Amended Counterclaims.

IT IS SO STIPULATED.

Dated:  July 14,  2009

BLECHER & COLLINS, P.C.
MAXWELL M. BLECHER
DONALD R. PEPPERMAN


By:  /s/  Donald R. Pepperman
DONALD R. PEPPERMAN
Attorneys for Plaintiff Multiven, Inc.


Dated:  July 14,  2009

GIBSON DUNN & CRUTCHER LLP
ROBERT E. COOPER
GEORGE A. NICOUD III
AUSTIN V. SCHWING


By:  /s/  George A. Nicoud III
GEORGE A. NICOUD III
Attorneys for Defendant Cisco Systems, Inc.

### ORDER

1. Counterdefendants Multiven, Inc. and Peter Alfred-Adekeye shall have until and including August 14, 2009 to move, answer, or otherwise respond to the First Amended Counterclaims.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July  16 , 2009

UNITED STATES DISTRICT JUDGE
JUDGE JAMES WARE

39051

-2-

STIP. & [PROPOSED] ORDER EXTENDING COUNTERDEFENDANTS' TIME
Case No. 08-CV-05391 JW-RS

## ATTESTATION PURSUANT TO GENERAL ORDER NO. 45

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

By: /s/ Donald R. Pepperman