1   JAMES C. POTEPAN [SBN 107370]
    jpotepan@rmkb.com
2   THOMAS M. O'LEARY [SBN 126146]
    to'leary@rmkb.com
3   BRIAN C. VANDERHOOF [SBN 248511]
    bvanderhoof@rmkb.com
4   ROPERS, MAJESKI, KOHN & BENTLEY
    515 S. Flower St., Suite 1100
5   Los Angeles, California 90071
    Telephone:    (213) 312-2000
6   Facsimile:    (213) 312-2001

7   Attorneys for Plaintiff/Counterdefendants
    MULITVEN, INC. AND PETER ALFRED-
8   ADEKEYE

9                   **UNITED STATES DISTRICT COURT**

10                 **NORTHERN DISTRICT OF CALIFORNIA**

11                       **SAN JOSE DIVISION**

12

13   MULTIVEN, INC. a Delaware                CASE NO.  C 08-05391 JW-RS
     corporation,
14                                            *Assigned to Honorable James Ware*
                        Plaintiff,
15                                            **STIPULATION AND [PROPOSED] ORDER
            v.                                EXTENDING COUNTERDEFENDANTS'
16                                            TIME TO RESPOND TO THE FIRST
     CISCO SYSTEMS, INC., a California        AMENDED COUNTERCLAIMS**
17   corporation,

18                      Defendant.

19   ───────────────────────────────
     CISCO SYSTEMS, INC., a California
20   corporation,

21                      Counterclaimant,

22          v.

23   MULTIVEN, INC. a Delaware
     corporation; PINGSTA, INC., a Delaware
24   corporation; and PETER ALFRED
     ADEKEYE, an individual,
25
                        Counterdefendants.
26

27

28

     RC1/5358634.1/BCV                        STIPULATION AND [PROPOSED] ORDER
                                              EXTENDING TIME TO RESPOND
                                              C 08-05391 JW-RS

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1   IT IS HEREBY STIPULATED, pursuant to Northern District of California Local Rules 6-

2   1(a), 6-2, and 7-12, by and between plaintiff/counterdefendant Multiven, Inc., counterdefendant

3   Pingsta, Inc. and counterdefendant Peter Alfred-Adekeye and defendant/counterclaimant Cisco

4   Systems, Inc., by and through their respective attorneys, as follows:

5   WHEREAS, Plaintiff Multiven, Inc. filed its complaint on December 1, 2008;

6   WHEREAS, the parties previously extended defendant Cisco Systems, Inc.'s time to

7   respond to the Complaint by stipulations and Orders on December 29, 2008, March 27, 2009 and

8   on or about April 30, 2009;

9   WHEREAS, defendant Cisco Systems, Inc. filed an Answer and Counterclaims on May

10   18, 2009;

11   WHEREAS, the Case Management Conference was set for June 15, 2009 (subsequently

12   vacated by the Court);

13   WHEREAS, the parties submitted a Joint Case Management Statement on June 5, 2009;

14   WHEREAS, the Court entered a Scheduling Order on June 10, 2009;

15   WHEREAS, Defendant Cisco Systems, Inc. filed an Answer and First Amended

16   Counterclaims on June 25, 2009 adding Pingsta, Inc. as a Counterdefendant;

17   WHEREAS, the parties previously extended Counterdefendants Multiven, Inc., Pingsta,

18   Inc. and Peter Alfred –Adekeye's time to respond to the First Amended Countercliams by

19   stipulations and Orders on or about July 16, 2009;

20   WHEREAS, Counterdefendants Multiven, Inc. and Peter Alfred –Adekeye have recently

21   obtained new counsel to defend against the Counterclaims;

22   NOW, THEREFORE, the parties, by and through their counsel for record, stipulate that, if

23   acceptable to the Court:

24   1.   Counterdefendants Multiven, Inc., Pingsta, Inc. and Peter Alfred-Adekeye shall

25   have until and including September 4, 2009 to move, answer, or otherwise respond

26   to the First Amended Counterclaims.

27   IT IS SO STIPULATED.

28

1    Dated: August 10, 2009                    ROPERS, MAJESKI, KOHN & BENTLEY

2

3                                              By:  /s/  Thomas M. O'Leary
                                                   JAMES C. POTEPAN
4                                                  THOMAS M. O'LEARY
                                                   BRIAN C. VANDERHOOF
5                                                  Attorneys for Plaintiff
                                                   Mulitven, Inc.
6

7    Dated: August 10, 2009                    GIBSON DUNN & CRUTCHER LLP

8

9                                              By:  /s/  George A. Nicoud, III
                                                   GEORGE A. NICOUD III
10                                                 Attorneys for Defendant Cisco Systems,
                                                   Inc.
11

12                                        **ORDER**

13

14   1.    Counterdefendants Multiven, Inc., Pingsta, Inc. and Peter Alfred-Adekeye shall have until

     and including September 4, 2009 to move, answer, or otherwise respond to the First
15
     Amended Counterclaims.
16
     PURSUANT TO STIPULATION, IT IS SO ORDERED.
17

18   Dated: August ___12___, 2009

19

20   _____
     UNITED STATES DISTRICT JUDGE
21   JUDGE JAMES WARE

22

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

By:      /s/ Thomas M. O'Leary
                THOMAS M. O'LEARY

RC1/5358634.1/BCV

- 4 -

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND
C 08-05391 JW-RS