**\*\* E-filed March 7, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MULTIVEN, INC., a Delaware corporation, | No. C08-05391 JW (HRL) |
| Plaintiff, | **INTERIM ORDER RE: COUNTERDEFENDANTS' MOTION TO QUASH** |
| v. | |
| CISCO SYSTEMS, INC., a California corporation, | [Re: Docket No. 129] |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

Before the court is counterdefendants' motion to quash or modify subpoenas, currently set for March 16, 2010. Upon review of the moving and responding papers, the court finds good cause to seek further briefing in advance of the motion hearing. Accordingly, each side shall file a supplemental letter brief by **March 16, 2010**, not to exceed four pages, that addresses the following topics: (1) the costs associated with conducting the depositions at issue in Vancouver or Toronto, Canada; (2) and the international law restrictions, if any, of conducting the depositions in Canada, the United Kingdom, or Switzerland. In addition, the hearing on the motion to quash is continued to **March 30, 2010 at 10:00 a.m.**, to be heard concurrently with defendant's motion for sanctions.

**IT IS SO ORDERED.**

Dated: March 7, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C08-05391 JW (HRL) Notice will be electronically mailed to:**

| | |
|---|---|
| Brian Curtis Vanderhoof | bvanderhoof@ropers.com |
| Dan Keith Webb | dwebb@winston.com |
| Donald Ross Pepperman | dpepperman@blechercollins.com, ljaramillo@blechercollins.com |
| James C. Potepan | jpotepan@ropers.com, jcecchini@ropers.com, tpierson@ropers.com |
| Maxwell Michael Blecher | mblecher@blechercollins.com |
| Michael Sungwoo Kim | mkim@rmkb.com |
| Patrick Martin Ryan | pryan@winston.com, DocketSF@winston.com, mthomasian@winston.com, ndelich@winston.com, tmontague@winston.com |
| Thomas Michael O'Leary | to'leary@ropers.com, aarriola@roprs.com, cscranton@rmkb.com, kkakiuchi@ropers.com, mkim@rmkb.com, tpierson@rmkb.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2