ROD DIVELBISS (SBN 102345)
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Phone: (415) 788-4646
Facsimile: (415) 788-6929

Attorneys for KENT OLSON

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MULTIVEN, INC., a Delaware corporation<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CISCO SYSTEMS, INC., a California corporation<br><br>　　　　Defendant. | **Case No. 5:08-CV-05391 JW (HRL)**<br><br>**SECOND DECLARATION OF KENT OLSON** |
| CISCO SYSTEMS, INC., a California corporation<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>MULTIVEN, INC., a Delaware corporation, PINGSTA, INC., a Delaware corporation, and PETER ALFRED-ADEKEYE, an individual<br><br>　　　　Counterdefendants. | |

1  I, Kent "Wes" Olson, hereby declare as follows:

2  1. I am currently a member of the Business Transformation Team at Cisco Systems, Inc. I have personal knowledge of the facts set forth herein, except where noted, and, if called to testify, I could and would competently testify thereto.

3  2. Between the dates of November 5, 2005 to November 15, 2005, I was on a business trip in Singapore and Bangalore, India for Cisco. Between November 6, 2005 and November 15, 2005, I was in Bangalore. After this business trip, I submitted an expense report and receipts to Cisco for the trip. Attached as Exhibit L to the Supplemental Declaration of Alex T. Bouja in Support of Cisco's Motion for Partial Summary Judgment are true and correct copies of my receipts and the expense report I submitted to Cisco for this trip.

4  3. Between the dates of April 30, 2007 to May 3, 2007, I was on a business trip in Chicago, Illinois for Cisco. After this business trip, I submitted an expense report and receipts to Cisco for the trip. Attached as Exhibit M to the Supplemental Declaration of Alex T. Bouja in Support of Cisco's Motion for Partial Summary Judgment are true and correct copies of my receipts and the expense report I submitted to Cisco for this trip.

5  4. Between the dates of June 12, 2007 to June 15, 2007, I was on a business trip in Washington, D.C. for Cisco. After this business trip, I submitted an expense report and receipts to Cisco for the trip. Attached as Exhibit K to the Supplemental Declaration of Alex T. Bouja in Support of Cisco's Motion for Partial Summary Judgment are true and correct copies of my receipts and the expense report I submitted to Cisco for this trip.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: March 29, 2010                              */s/ Kent Olson*
                                                  KENT OLSON

1  I, Patrick M. Ryan, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the
2  concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Patrick M. Ryan*
PATRICK M. RYAN