**\*\* E-filed May 12, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MULTIVEN, INC., a Delaware corporation,<br><br>    Plaintiff,<br>  v.<br><br>CISCO SYSTEMS, INC., a California corporation,<br><br>    Defendant.<br>_____<br><br>AND RELATED COUNTERCLAIMS<br>_____/ | No. C08-05391 JW (HRL)<br><br>**INTERIM ORDER RE: CISCO'S MOTION FOR SANCTIONS AND MOTION TO COMPEL**<br><br>[Re: Docket Nos. 155, 196] |

Before the court are two motions filed by Cisco Systems, Inc. ("Cisco"), currently set for May 25, 2010. Upon review of the moving and responding papers, the court finds good cause to seek further briefing in advance of the motion hearings. Accordingly, Cisco shall file a supplemental letter brief by **May 28, 2010**, not to exceed four pages, that informs the court whether the document production in relation to the May 18–21 depositions in Vancouver, Canada is complete—and if not, to what extent the production is incomplete. Plaintiff and counderdefendants shall file a response to Cisco's letter brief, not to exceed four pages, by **June 1, 2010**. In addition, the hearings on both motions are continued to **June 15, 2010 at 10:00 a.m.**

**IT IS SO ORDERED.**

Dated: May 12, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C08-05391 JW (HRL) Notice will be electronically mailed to:**

| | |
|---|---|
| Brian Curtis Vanderhoof | bvanderhoof@rmkb.com, jcecchini@rmkb.com, kkakiuchi@rmkb.com |
| Dan Keith Webb | dwebb@winston.com |
| Donald Ross Pepperman | dpepperman@blechercollins.com, ljaramillo@blechercollins.com |
| James C. Potepan | jpotepan@ropers.com, aarriola@ropers.com, kkakiuchi@ropers.com, tpierson@ropers.com |
| Joseph J. Bial | joseph.bial@cwt.com |
| Maxwell Michael Blecher | mblecher@blechercollins.com |
| Michael Sungwoo Kim | mkim@rmkb.com, jcecchini@rmkb.com, kkakiuchi@rmkb.com |
| Patrick Martin Ryan | pryan@winston.com, DocketSF@winston.com, mthomasian@winston.com, ndelich@winston.com, tmontague@winston.com |
| Thomas Michael O'Leary | toleary@rmkb.com, aarriola@rmkb.com, jcecchini@rmkb.com, kkakiuchi@ropers.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2