IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Multiven, Inc., | NO. C 08-05391 JW |
|     Plaintiff,<br>  v.<br>Cisco Systems, Inc.,<br>    Defendant. | **ORDER DENYING COUNTER-DEFENDANTS' ADMINISTRATIVE MOTION TO VACATE OR CONTINUE SUPPLEMENTAL BRIEFING AND HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

Presently before the Court is Counter-Defendants' Administrative Motion to (1) Vacate or Continue the May 27, 2010 Supplemental Briefing on the Parties' Motions for Partial Summary Judgment, (2) Vacate or Continue the June 7, 2010 Further Hearing on the Parties' Motions for Partial Summary Judgment, and (3) Order Status Conference. (hereafter, "Motion," Docket Item No. 210.)

Counter-Defendants seek to vacate or continue briefing and hearing on the parties' Cross-Motions for Summary Judgment in light of Counter-Defendant Adekeye's recent arrest, which occurred as Counter-Plaintiff was deposing him. (Id. at 1.) On May 27, 2010, both parties submitted supplemental briefing based on the deposition of Adekeye as ordered by the Court at the April 13, 2010 hearing on the underlying motions. (See Docket Item Nos. 215, 216.) Since the parties have already submitted their supplemental briefs, the Court DENIES as moot Counter-Defendants' Motion to Vacate or Continue those briefs. Furthermore, the Court finds that Counter-Defendants have had ample time to depose their own party-witness. Thus, the Court finds that

Counter-Defendants will not be unfairly prejudiced if the Court considers the Adekeye Deposition in connection with the Cross-Motions for Summary Judgment.

Accordingly, the Court DENIES Counter-Defendants' Administrative Motion to Vacate or Continue. On **June 7, 2010 at 9 a.m.**, the parties shall appear for a hearing on this matter as previously ordered.

Dated: May 28, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Curtis Vanderhoof bvanderhoof@rmkb.com
Dan Keith Webb dwebb@winston.com
Donald Ross Pepperman dpepperman@blechercollins.com
James C. Potepan jpotepan@ropers.com
Joseph J. Bial joseph.bial@cwt.com
Maxwell Michael Blecher mblecher@blechercollins.com
Michael Sungwoo Kim mkim@rmkb.com
Patrick Martin Ryan pryan@winston.com
Thomas Michael O'Leary toleary@rmkb.com

**Dated:  May 28, 2010**                                          **Richard W. Wieking, Clerk**

                                                                  **By:    /s/ JW Chambers
                                                                           Elizabeth Garcia
                                                                           Courtroom Deputy**

**United States District Court**
For the Northern District of California