**DENIED**
*Judge James Ware*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| MULTIVEN, INC.,<br>a Delaware corporation, | **CASE NO. C 08-05391 JW (HRL)**<br>*Assigned to Honorable James Ware* |
| Plaintiff, | **ORDERING DENYING MULTIVEN'S SECOND MOTION TO STAY OR CONTINUE THE JUNE 7, 2010 HEARING** |
| v. | |
| CISCO SYSTEMS, INC.,<br>a California corporation, | |
| Defendant. | |
| CISCO SYSTEMS, INC.,<br>a California corporation, et al. | |
| Counterclaimant, | |
| v. | |
| MULTIVEN, INC. a Delaware corporation; PINGSTA, INC., a Delaware corporation; and PETER ALFRED ADEKEYE, an individual, | |
| Counter-Defendants | |

///

///

- 1 -

For the reasons stated in the Court's May 28, 2010 Order, the Court DENIES Multiven's Second Motion to Stay or continue the June 7, 2010 hearing. (See Docket Item No. 219.)

The Clerk shall terminate Docket Item Nos. 228 and 229.

Dated: June 3, 2010

James Ware

JAMES WARE
United States District Judge