**\*\* E-filed June 23, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MULTIVEN, INC., a Delaware corporation<br><br>    Plaintiffs,<br>        v.<br><br>CISCO SYSTEMS, INC., a California corporation,<br><br>    Defendant.<br>_____<br><br>AND RELATED COUNTERCLAIMS<br>_____/ | No. C08-05391 JW (HRL)<br><br>**ORDER GRANTING CISCO'S ADMINSTRATIVE MOTION PURSUANT TO L.R. 7-11 AND 79-5 TO SEAL DOCUMENTS DESIGNATED CONFIDENTIAL BY ANOTHER PARTY**<br><br>**[Re: Docket No. 220]** |

Before the Court is Defendant and Counterclaimant Cisco Systems, Inc. and Counterclaimant Cisco Technology, Inc.'s (collectively, "Cisco") administrative motion to file under seal (Docket No. 220) certain documents designated confidential by another party pursuant to the Protective Order in this action and references to those documents in Cisco's letter brief and accompanying declaration in support thereof and certain exhibits thereto. (Docket Nos. 221 & 222.)

Local Rule 79-5(d) provides that a party who wishes to file a document that has been designated confidential by another party pursuant to a protective order has to file an administrative motion and lodge the document with the Clerk. Civ. L.R. 79-5(d). Thereafter, the designating party must file with the Court and serve a declaration establishing that the designated information is sealable. *Id*.

1  Cisco filed its administrative order to file under seal portions of its letter brief and
2  accompanying declaration on May 28.  (*See* Docket Nos. 221 & 222.)  Although it was not until
3  June 22 that the designating parties filed a responsive declaration (Docket No. 244), they
4  nevertheless established that the documents are sealable since they contain confidential and sensitive
5  business information and confidential information related to the immigration status of certain
6  individuals.

7  Accordingly, this Court GRANTS Cisco's administrative motion to seal.  The documents
8  and excerpts listed in Exhibit A to the Declaration of Patrick Ryan filed with Cisco's administrative
9  motion shall be filed under seal by the Clerk of the Court.

10 **IT IS SO ORDERED.**

11 Dated: June 23, 2010

12 HOWARD R. LLOYD
   UNITED STATES MAGISTRATE JUDGE

**C08-05391 JW (HRL) Notice will be electronically mailed to:**

| | |
|---|---|
| Brian Curtis Vanderhoof | bvanderhoof@rmkb.com, aarriola@rmkb.com, jcecchini@rmkb.com, kkakiuchi@rmkb.com |
| Dan Keith Webb | dwebb@winston.com |
| Donald Ross Pepperman | dpepperman@blechercollins.com, ljaramillo@blechercollins.com |
| James C. Potepan | jpotepan@ropers.com, aarriola@ropers.com, kkakiuchi@ropers.com, tpierson@ropers.com |
| Joseph J. Bial | joseph.bial@cwt.com |
| Maxwell Michael Blecher | mblecher@blechercollins.com |
| Michael Sungwoo Kim | mkim@rmkb.com, jcecchini@rmkb.com, kkakiuchi@rmkb.com |
| Patrick Martin Ryan | pryan@winston.com, DocketSF@winston.com, mthomasian@winston.com, ndelich@winston.com, tmontague@winston.com |
| Thomas Michael O'Leary | toleary@rmkb.com, aarriola@rmkb.com, jcecchini@rmkb.com, kkakiuchi@ropers.com |

**Notice will be sent by other means to:**

Charles F. Rule
Cadwalader Wickersham & Taft LLP
700 Sixth Street, N.W.
Washington, DC 20001

James Robert Noblin
Blecher & Collins, P.C.
515 South Figueroa Street
Suite 1750
Los Angeles, CA 90017-3334

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**