

IT IS SO ORDERED AS MODIFIED
Judge James Ware

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MULTIVEN, INC., a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC., a California corporation<br><br>Defendant. | **Case No. 5:08-cv-05391 JW (HRL)**<br><br>**STIPULATED REQUEST TO TEMPORARILY STAY CASE PENDING DISMISSAL AND [PROPOSED] ORDER** |
| CISCO SYSTEMS, INC., a California corporation, and CISCO TECHNOLOGY, INC., a California corporation<br><br>Counterclaimants,<br><br>v.<br><br>MULTIVEN, INC., a Delaware corporation, PINGSTA, INC., a Delaware corporation, and PETER ALFRED-ADEKEYE, an individual<br><br>Counterdefendants. | |

1  WHEREAS, the parties in the above-entitled action have entered into a settlement agreement
2  attached as Exhibit A ("Settlement Agreement") to the proposed order filed concurrently herewith;
3  WHEREAS, Exhibit 4 to the Settlement Agreement contains highly sensitive and
4  confidential information regarding the parties' business operations and therefore is sealable under
5  Local Rule 79-5(c);
6  WHEREAS, the parties have agreed to request dismissal with prejudice of the claims in this
7  action at a later date and dismissal of the counterclaims in this action with prejudice;
8  WHEREAS, the parties are facing imminent deadlines as set forth in the June 10, 2009
9  Scheduling Order (Docket Entry ("DE") 30);
10  WHEREAS, the parties desire that the Court retain jurisdiction over this action for the
11  purpose of enforcing the terms of the Settlement Agreement, including the retention of the power to
12  enjoin any action brought in violation of the Settlement Agreement;
13  NOW THEREFORE, it is hereby stipulated by the undersigned counsel on behalf of the
14  parties identified below that:
15  1.  The case should be temporarily stayed pending the final dismissal with prejudice of
16  the entire action.
17  2.  The Court should enter an order sealing Exhibit 4 to the Settlement Agreement, which
18  is attached hereto as Exhibit A.
19  3.  The Court should retain jurisdiction over this action for the purpose of enforcing the
20  terms of the Settlement Agreement, including the retention of the power to enjoin any action brought
21  in violation of the Settlement Agreement
22
23  Dated: July 21, 2010                                        Respectfully submitted,
24                                                              BLECHER & COLLINS, P.C.
                                                                515 South Figueroa Street, Suite 1750
25                                                              Los Angeles, CA 90071
26                                              By    */s/ Donald R. Pepperman*
27                                                    DONALD R. PEPPERMAN
                                                      Attorneys for Plaintiff
28                                                    MULTIVEN, INC.

-1-

STIPULATED REQUEST TO TEMPORARILY STAY CASE AND [PROPOSED] ORDER
5:08-CV-05391 JW (HRL)

Dated: July 21, 2010                                            Respectfully submitted,

                                                CADWALADER, WICKERSHAM & TAFT LLP
                                                              700 Sixth Street, N.W.
                                                              Washington, DC 20001


                                        By        /s/ Joseph J. Bial
                                                       JOSEPH J. BIAL
                                                  Attorneys for Plaintiff
                                                     MULTIVEN, INC.


Dated: July 21, 2010                                            Respectfully submitted,

                                                ROPERS, MAJESKI, KOHN & BENTLEY
                                                        515 S. Flower Street, Suite 1100
                                                              Los Angeles, CA 90071


                                        By        /s/ Thomas M. O'Leary
                                                     THOMAS M. O'LEARY
                                                Attorneys for Counterdefendants
                                             MULTIVEN, INC., PINGSTA, INC. and
                                                     PETER ALFRED-ADEKEYE


Dated: July 21, 2010                                            Respectfully submitted,

                                                          WINSTON & STRAWN LLP
                                                              101 California Street
                                                         San Francisco, CA  94111-5802


                                        By        /s/ Patrick M. Ryan
                                                     PATRICK M. RYAN
                                                      KRISTA M. ENNS
                                                    J. CALEB DONALDSON
                                        Attorneys for Defendant and Counterclaimant
                                            CISCO SYSTEMS, INC. and Counterclaimant
                                                    CISCO TECHNOLOGY, INC.


I, Patrick M. Ryan, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

                                                         /s/ Patrick M. Ryan
                                                         PATRICK M. RYAN

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

1. Because the parties have entered into a settlement agreement ("Settlement Agreement"), the claims and the counterclaims in this action are hereby STAYED pending final dismissal of the action.

2. The parties have established that Exhibit 4 to the Settlement Agreement is sealable since it contains confidential and sensitive business information. Therefore, the Court GRANTS the parties' request to seal Exhibit 4 to the Settlement Agreement. Exhibit 4 to the Settlement Agreement shall be filed under seal by the Clerk of the Court

Dated: July 26, 2010  _____
JAMES WARE
United States District Judge