**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MULTIVEN, INC., a Delaware corporation<br><br>        Plaintiff,<br><br>   v.<br><br>CISCO SYSTEMS, INC., a California corporation<br><br>        Defendant.<br><hr>CISCO SYSTEMS, INC., a California corporation, and CISCO TECHNOLOGY, INC., a California corporation<br><br>        Counterclaimants,<br><br>   v.<br><br>MULTIVEN, INC., a Delaware corporation, PINGSTA, INC., a Delaware corporation, and PETER ALFRED-ADEKEYE, an individual<br><br>        Counterdefendants. | **Case No. 5:08-cv-05391 JW (HRL)**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST CISCO AND [PROPOSED] ORDER**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii) and Fed. R. Civ. P. 41(c)]** |

1  WHEREAS Plaintiff Multiven, Inc. wishes to dismiss its claims against Defendant Cisco Systems, Inc. with prejudice;

WHEREAS, Plaintiff Multiven, Inc. has expressly authorized Defendant Cisco Systems, Inc. to file this stipulation of voluntary dismissal of claims against Cisco within twenty (20) days of the execution of the parties' settlement agreement;

WHEREAS, fewer than twenty (20) days have passed since the parties executed their settlement agreement.

NOW THEREFORE, it is hereby stipulated by the undersigned counsel on behalf of the parties identified below that:

1. Plaintiff Multiven, Inc. dismisses all of its claims in the above-captioned action against Defendant Cisco Systems, Inc. with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the terms of the parties' settlement agreement attached as Exhibit A to the proposed order filed concurrently herewith.

2. The parties hereby request that the Court continue to retain jurisdiction over this matter for the purpose of enforcing the terms of the settlement agreement, including the retention of the power to enjoin any action brought in violation of the settlement agreement.

3. The parties will pay their own fees and costs.

Dated: July 22, 2010                                          Respectfully submitted,

                                                     BLECHER & COLLINS, P.C.
                                   515 South Figueroa Street, Suite 1750
                                           Los Angeles, CA 90071

By   */s/ Donald R. Pepperman*
                DONALD R. PEPPERMAN
                 Attorneys for Plaintiff
                    MULTIVEN, INC.

Dated: _ July 22, 2010                                   Respectfully submitted,

                                        CADWALADER, WICKERSHAM & TAFT LLP
                                                      700 Sixth Street, N.W.
                                                        Washington, DC 20001

By      */s/ Joseph J. Bial*
            JOSEPH J. BIAL
        Attorneys for Plaintiff
            MULTIVEN, INC.

Dated: July 22, 2010                                   Respectfully submitted,

                                                             WINSTON & STRAWN LLP
                                                             101 California Street
                                                       San Francisco, CA  94111-5802

By      */s/ Patrick M. Ryan*
            PATRICK M. RYAN
   Attorneys for Defendant and Counterclaimant
     CISCO SYSTEMS, INC. and Counterclaimant
             CISCO TECHNOLOGY, INC.

I, Patrick M. Ryan, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto as so stated in the Stipulation and Mutual Release executed in this action.

                                                               */s/ Patrick M. Ryan*
                                                                  PATRICK M. RYAN

1  PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

2      1.    Plaintiff Multiven, Inc.'s claims against Defendant Cisco Systems, Inc. are

3  DISMISSED WITH PREJUDICE.

4      2.    Each party shall bear their own fees and costs.

6  Dated:  July 26, 2010                  _____

                                      JAMES WARE

7                                        United States District Judge