**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MULTIVEN, INC., a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC., a California corporation<br><br>Defendant.<br><br>CISCO SYSTEMS, INC., a California corporation, and CISCO TECHNOLOGY, INC., a California corporation<br><br>Counterclaimants,<br><br>v.<br><br>MULTIVEN, INC., a Delaware corporation, PINGSTA, INC., a Delaware corporation, and PETER ALFRED-ADEKEYE, an individual<br><br>Counterdefendants. | Case No. 5:08-cv-05391 JW (HRL)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST COUNTERDEFENDANTS AND [PROPOSED] ORDER**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii) and Fed. R. Civ. P. 41(c)] |

1  WHEREAS, Defendant and Counterclaimant Cisco Systems, Inc. and Counterclaimant Cisco Technology, Inc. (collectively "Cisco") wish to dismiss their claims against Counterdefendants Multiven, Inc., Pingsta, Inc., and Peter Alfred-Adekeye (collectively "Counterdefendants");

WHEREAS, Cisco has expressly authorized Counterdefendants to file this stipulation of voluntary dismissal of claims against Counterdefendants if all conditions to the parties' executed settlement agreement have been satisfied;

WHEREAS, the filer represents that all necessary conditions under the parties' executed settlement agreement have been satisfied;

NOW THEREFORE, it is hereby stipulated by the undersigned counsel on behalf of the parties identified below that:

1. Defendant and Counterclaimant Cisco Systems, Inc. and Counterclaimant Cisco Technology, Inc. dismiss all of their counterclaims in the above-captioned action against Counterdefendants Multiven, Inc., Pingsta, Inc., and Peter Alfred-Adekeye with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c) and the terms of the parties' settlement agreement attached as Exhibit A to the proposed order filed concurrently herewith.

2. The parties hereby request that the Court continue to retain jurisdiction over this matter for the purpose of enforcing the terms of the settlement agreement, including the retention of the power to enjoin any action brought in violation of the settlement agreement.

3. The parties will pay their own fees and costs.

Dated: July 27, 2010

                    Respectfully submitted,

                    ROPERS, MAJESKI, KOHN & BENTLEY
                    515 S. Flower Street, Suite 1100
                    Los Angeles, CA 90071

By    /s/ Thomas M. O'Leary
      THOMAS M. O'LEARY
      Attorneys for Counterdefendants
      MULTIVEN, INC., PINGSTA, INC. and
      PETER ALFRED-ADEKEYE

-1-

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
5:08-CV-05391 JW (HRL)

1  Dated: July 27, 2010                    Respectfully submitted,

2                                          WINSTON & STRAWN LLP
3                                          101 California Street
                                           San Francisco, CA  94111-5802
4
                                    By     /s/ Patrick M. Ryan
5                                          PATRICK M. RYAN
                                           Attorneys for Defendant and Counterclaimant
6                                          CISCO SYSTEMS, INC. and Counterclaimant
                                           CISCO TECHNOLOGY, INC.
7

8

9       I, Thomas M. O'Leary, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the

10  concurrence to the filing of this document has been obtained from each signatory hereto.

11

12                                         /s/ Thomas M. O'Leary
                                           THOMAS M. O'LEARY
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

1. The counterclaims of Defendant and Counterclaimant Cisco Systems, Inc., and Counterclaimant Cisco Technologies, Inc., against Counterdefendants Multiven, Inc., Pingsta, Inc., and Peter Alfred-Adekeye are DISMISSED WITH PREJUDICE.

2. Each party shall bear their own fees and costs.

The Clerk shall close this file.

Dated: July 28, 2010

JAMES WARE
United States District Judge

-3-
STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
5:08-CV-05391 JW (HRL)