Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MULTIVEN, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC., a California corporation,<br><br>Defendant. | **Case No. 5:08-cv-05391-JW (HRL)**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DOCUMENTS PROVISIONALLY FILED UNDER SEAL** |
| CISCO SYSTEMS, INC., a California corporation, and CISCO TECHNOLOGY, INC., a California corporation,<br><br>Counterclaimants,<br><br>v.<br><br>MULTIVEN, INC., a Delaware corporation, PINGSTA, INC., a Delaware corporation, and PETER ALFRED-ADEKEYE, an individual,<br><br>Counterdefendants. | |

1    WHEREAS, Plaintiff Multiven, Inc. and Counterdefendants Multiven, Inc., Pingsta, Inc., and
2 Peter Alfred-Adekeye (Collectively, "Plaintiff and Counterdefendants") designated certain portions
3 of the Peter Alfred-Adekeye and Deka Yussuf deposition transcripts and all of the Basil Gray
4 deposition transcript "Confidential – Attorneys' Eyes Only" pursuant to paragraph 5.2(b) of the
5 Stipulated Protective Order ("Protective Order") (Docket Entry ("DE") 46);

6    WHEREAS, on June 28, 2010, Defendant and Counterclaimant Cisco Systems, Inc.
7 ("Cisco") attached these transcripts as Exhibits C (Adekeye, DE 259.5), E (Yussuf, DE 259.7), and F
8 (Gray, DE 259.8) to the Declaration of Patrick M. Ryan in Support of Cisco's Opposition to
9 Counterdefendants' Motion to Stay Counterclaims ("Ryan Declaration," DE 259);

10   WHEREAS, because these transcripts were designated "Confidential – Attorneys' Eyes
11 Only," Cisco also filed on June 28, 2010, an administrative motion pursuant to L.R. 7-11 and 79-5 to
12 seal these transcripts (the "Motion to Seal," DE 260), seeking administrative relief to provisionally
13 file these transcripts under seal;

14   WHEREAS, on July 14, 2010, the Court entered its Order Granting Cisco Systems, Inc.'s
15 Administrative Motion to Seal ("Sealing Order," DE 267), which states in pertinent part, "***The
16 documents will be deemed unsealed if the non-moving party fails to comply with Civil Local Rule
17 79-5 (d) by filing a declaration, which provides a legitimate basis to seal the documents by the date
18 required by that rule***" (Sealing Order, DE 267 at 2:10-12) (emphasis added);

19   WHEREAS, United States District Court for the Northern District of California Civil Local
20 Rule 79-5(d) provides that "[i]f the designating party does not file its responsive declaration" within
21 7 days of such a court order, "the document . . . will be made part of the public record;"

22   WHEREAS, Plaintiff and Counterdefendants did not file or serve any declaration regarding
23 the exhibits;

24   WHEREAS, Plaintiff and Counterdefendants have communicated to Cisco that they have de-
25 designated the Gray deposition transcript;

26   WHEREAS, certain portions of the Adekeye and Yussuf transcripts contain Plaintiff and
27 Counterdefendants' confidential information, and the parties wish to protect that information while
28

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

-1-
STIPULATION AND [PROPOSED] ORDER REGARDING DOCUMENTS PROVISIONALLY FILED UNDER SEAL
5:08-CV-05391 JW (HRL)

1  both serving the public interest in fair and open proceedings and complying with the Sealing Order
2  and the Local Rules;

3  WHEREAS, Cisco has refrained from the filing Exhibits C and E to the Ryan Declaration in
4  their entirety for that reason;

5  WHEREAS, the parties have consulted and have developed narrowly tailored redactions to
6  protect Plaintiff and Counterdefendants' confidential information, which are illustrated on the
7  attachments attached hereto as Attachment 1 (Adekeye) and Attachment 2 (Yussuf);

8  WHEREAS, Attachment 3 attached hereto is a full and complete copy of the Gray deposition
9  transcript with no redactions; and

10  NOW THEREFORE, it is hereby stipulated by the undersigned counsel on behalf of the
11  parties identified below that:

12  Cisco shall file in the public record, in lieu of the original exhibits to Docket Entry No. 259,
13  the versions of the exhibits appearing as attachment 1, 2, and 3 hereto, with attachment 1 replacing
14  Ryan Declaration Exhibit C (DE 259.5), attachment 2 replacing Ryan Declaration Exhibit E (DE
15  259.7), and attachment 3 replacing Ryan Declaration Exhibit F (DE 259.8).

Dated: February 22, 2011                                            Respectfully submitted,

CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, DC 20001

By      */s/ Joseph J. Bial*
JOSEPH J. BIAL
Attorneys for Plaintiff
MULTIVEN, INC.

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

Dated: September 18, 2010                                                  Respectfully submitted,

ROPERS, MAJESKI, KOHN & BENTLEY
515 S. Flower Street, Suite 1100
Los Angeles, CA 90071

By    */s/ Thomas M. O'Leary*
THOMAS M. O'LEARY
Attorneys for Counterdefendants
MULTIVEN, INC., PINGSTA, INC. and
PETER ALFRED-ADEKEYE

Dated: February 22, 2011                                                  Respectfully submitted,

WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802

By    */s/ Patrick M. Ryan*
PATRICK M. RYAN
Attorneys for Defendant and Counterclaimant
CISCO SYSTEMS, INC. and Counterclaimant
CISCO TECHNOLOGY, INC.

I, Patrick M. Ryan, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Patrick M. Ryan*
PATRICK M. RYAN

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  February 23, 2011

/s/ James Ware
JAMES WARE
United States District Chief Judge