**EXHIBIT C TO THE DECLARATION OF
PATRICK M. RYAN IN SUPPORT OF CISCO'S
OPPOSITION TO COUNTERDEFENDANTS'
MOTION TO STAY COUNTERCLAIMS**

**ORIGINALLY FILED UNDER SEAL**

**PUBLIC VERSION FILED PURSUANT TO COURT
ORDER OF FEBRUARY 23, 2011
(DOCKET ENTRY #281)**

**Adekeye Deposition Transcript, Vol. 3, pp. 745-772**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
--oOo--

MULTIVEN, INC., a Delaware )
corporation, )
)
Plaintiff, )
)
vs. )
)
CISCO SYSTEMS, INC., )
a California corporation, )
)
Defendant. )
)
———————————————————— ) No. 5:08-cv-05391
) (JW) (HRL)
CISCO SYSTEMS, INC., a California )
corporation, and CISCO TECHNOLOGY, )
INC., a California corporation, )
)
Counterclaimants, )
)
vs. )
)
MULTIVEN, INC., a Delaware )
corporation, PINGSTA, INC., )
a Delaware corporation, and PETER )
ALFRED-ADEKEYE, an individual, )
)
Counterdefendants. )

CERTIFIED COPY

Attorneys' Eyes Only

VIDEOTAPED DEPOSITION
OF
ADEYEMI PETER ALFRED-ADEKEYE
(VOLUME 3 - ATTORNEYS' EYES ONLY)

DATE:  May 20, 2010
LOCATION:  Vancouver, B.C.

REPORTED BY:  CHRISTY L. PRATT, RCR, RPR, BCSRA 535

ADEYEMI PETER ALFRED-ADEKEYE     May 20, 2010
ATTORNEYS' EYES ONLY

I N D E X

DESCRIPTION                                              PAGE


EXAMINATION BY:


MS. ENNS:                                                749

EXHIBITS MARKED FOR IDENTIFICATION

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 41 | Zimbra Collaboration Suite communication between Basil Gray and Peter Adekeye | 755 |
| Exhibit 42 | Zimbra Collaboration Suite document titled "Multiven Finances Budget" | 761 |
| Exhibit 43 | Zimbra Collaboration Suite document titled "Monthly Burn Rate Snapshot" | 764 |
| Exhibit 44 | Zimbra Collaboration Suite communication between Peter Adekeye and Basil Gray with attached executive summary dated April 2006 | 765 |

**Merrill Legal Solutions**
**(800) 869-9132**

ADEYEMI PETER ALFRED-ADEKEYE      May 20, 2010
ATTORNEYS' EYES ONLY

BE IT REMEMBERED that, pursuant to Notice,
and on Thursday, May 20, 2010, commencing at
4:49 p.m., thereof, at 845 Hornby Street,
Vancouver, British Columbia, Canada, before me,
CHRISTY L. PRATT, a Certified Shorthand
Reporter, personally appeared

          ADEYEMI PETER ALFRED-ADEKEYE

_____

called as a witness by the Defendant and
Counterclaimants, who having been previously
duly affirmed was examined and testified as
follows:

                    --oOo--

747

ADEYEMI PETER ALFRED-ADEKEYE      May 20, 2010
ATTORNEYS' EYES ONLY

```
 1                    APPEARANCES
 2   FOR THE PLAINTIFF MULTIVEN:
 3   CADWALADER, WICKERSHAM & TAFT LLP
     700 Sixth Street, N.W.
 4   Washington, DC  20001
     BY:  JOSEPH J. BIAL, Attorney at Law
 5   (202) 862-2391
     joseph.bial@cwt.com
 6
 7   FOR THE DEFENDANT AND COUNTERCLAIMANTS CISCO SYSTEMS
     AND CISCO TECHNOLOGY:
 8
     WINSTON & STRAWN LLP
 9   101 California Street
     San Francisco, CA  94111-5894
10   BY:  KRISTA M. ENNS, Attorney at Law
          SEAN MEENAN, Attorney at Law
11   (415) 591-1000
     pryan@winston.com
12
13   FOR THE COUNTERDEFENDANTS MULTIVEN, PINGSTA AND
     PETER ALFRED-ADEKEYE:
14
     ROPERS MAJESKI KOHN & BENTLEY
15   515 South Flower Street, Suite 1100
     Los Angeles, CA  90071
16   BY:  THOMAS M. O'LEARY, Attorney at Law
     (213) 312-2000
17   to'leary@rmkb.com
18
     SPECIAL MASTER:
19
     GEORGE C. FISHER, Lawyer
20   2600 El Camino Real, Suite 410
     Palo Alto, CA  94306
21   (650) 799-5480
     georgecfisher@gmail.com
22
23   ALSO PRESENT:  MIKE ELDERKIN, Videographer
                    TOMMY SIT, Videographer
24
25
```

748

ADEYEMI PETER ALFRED-ADEKEYE        May 20, 2010
ATTORNEYS' EYES ONLY

|          |    |                                                         |
|----------|----|---------------------------------------------------------|
|          | 1  | May 20, 2010    P R O C E E D I N G S    4:49 p.m.      |
|          | 2  | --oOo--                                                 |
| 16:49:23 | 3  | VIDEO OPERATOR:  We're back on the record.  Here        |
| 16:49:50 | 4  | begins videotape number 1, volume 3, in the             |
| 16:49:54 | 5  | deposition of Peter Adekeye, on May 20th, 2010.         |
| 16:49:57 | 6  | The time is 4:49 p.m.  The witness is still             |
| 16:50:01 | 7  | under oath.                                             |
|          | 8  | ADEYEMI PETER ALFRED-ADEKEYE                             |
|          | 9  |                                                         |
|          | 10 | called as a witness by the Defendant and                |
|          | 11 | Counterclaimants, who having been previously            |
|          | 12 | duly affirmed was examined and testified as             |
| 16:50:01 | 13 | follows:                                                |
| 16:50:01 | 14 | EXAMINATION BY MS. ENNS:                                 |
| 16:50:02 | 15 | Q    Good afternoon.                                     |
| 16:50:04 | 16 | A    Good afternoon, Krista.                             |
| 16:50:05 | 17 | Q    This is the continued deposition of Mr. Adekeye    |
| 16:50:08 | 18 | as a rule 30(b)(6) witness.  Cisco has yet to           |
| 16:50:12 | 19 | take Mr. Adekeye's deposition as an individual          |
| 16:50:16 | 20 | or as Multiven and Pingsta's custodian of               |
| 16:50:18 | 21 | records.  Plaintiff and counterdefendants'              |
| 16:50:19 | 22 | counsel have insisted on putting off a number of        |
| 16:50:22 | 23 | deposition topics and questions until an                |
| 16:50:23 | 24 | attorneys' eyes only session of the deposition.         |
| 16:50:27 | 25 | This is the beginning of the attorneys' eyes            |

749

ADEYEMI PETER ALFRED-ADEKEYE     May 20, 2010
ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 16:50:31 | 1 | only session which will continue through until |
| 16:50:33 | 2 | tomorrow. |
| 16:50:34 | 3 | Additionally it should be noted that the |
| 16:50:37 | 4 | progress of the depositions has been hampered by |
| 16:50:40 | 5 | the fact that Multiven over the last few days |
| 16:50:43 | 6 | has produced in excess of 12,000 pages of |
| 16:50:45 | 7 | documents.  Many of these documents have been |
| 16:50:47 | 8 | marked attorneys' eyes only, and it has been |
| 16:50:52 | 9 | impossible for Cisco's counsel to conduct a |
| 16:50:54 | 10 | sufficient review of these documents so that |
| 16:50:55 | 11 | Mr. Adekeye might be thoroughly and properly |
| 16:51:00 | 12 | questioned with respect to them prior to |
| 16:51:00 | 13 | May 21st. |
| 16:51:00 | 14 | In addition plaintiff and counterdefendants' |
| 16:51:02 | 15 | counsel have insisted that any questioning as to |
| 16:51:05 | 16 | AEO documents to be put off until an attorneys' |
| 16:51:08 | 17 | eyes only session. |
| 16:51:10 | 18 | Mr. Adekeye -- |
| 16:51:10 | 19 | MR. BIAL:  Before you continue, just for the record, |
| 16:51:15 | 20 | on the point you made regarding that he has not |
| 16:51:18 | 21 | yet had his personal deposition or -- or going |
| 16:51:22 | 22 | into his personal capacity, the transcript |
| 16:51:27 | 23 | speaks for itself, so we don't need to get into |
| 16:51:31 | 24 | that, but I just want to note for the record |
| 16:51:32 | 25 | that in fact there has been extensive |

Merrill Legal Solutions
(800) 869-9132

ADEYEMI PETER ALFRED-ADEKEYE      May 20, 2010
ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 16:51:34 | 1 | questioning of Mr. Adekeye in his personal |
| 16:51:37 | 2 | capacity. |
| 16:51:38 | 3 | MR. O'LEARY:  I'd also like to note for the record |
| 16:51:40 | 4 | that for anyone who is experienced in |
| 16:51:42 | 5 | litigation, it was evident that deposing counsel |
| 16:51:44 | 6 | for Cisco was unprepared for the deposition.  As |
| 16:51:48 | 7 | a result, there was much rambling and wasting of |
| 16:51:51 | 8 | time rather than getting to the point. |
| 16:51:53 | 9 | MS. ENNS: |
| 16:51:53 | 10 | Q   Mr. Adekeye, is it accurate that you originally |
| 16:51:58 | 11 | requested that your deposition be taken in |
| 16:52:01 | 12 | Switzerland? |
| 16:52:03 | 13 | A   I don't recall. |
| 16:52:03 | 14 | Q   Is it accurate that you volunteered to travel to |
| 16:52:06 | 15 | Canada to have your deposition taken?  Is that |
| 16:52:11 | 16 | correct? |
| 16:52:11 | 17 | A   Yes. |
| 16:52:11 | 18 | Q   Are any individuals funding Multiven's |
| 16:52:18 | 19 | litigation against Cisco, including but not |
| 16:52:21 | 20 | limited to paying the hourly fees of Cadwalader, |
| 16:52:26 | 21 | Wickersham & Taft? |
| 16:52:26 | 22 | MR. BIAL:  Before you answer that question I'm going |
| 16:52:28 | 23 | to instruct you not to answer any questions |
| 16:52:31 | 24 | regarding your relationship with Cadwalader, |
| 16:52:35 | 25 | Wickersham & Taft on the basis that is |

751

ADEYEMI PETER ALFRED-ADEKEYE     May 20, 2010
ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 16:52:36 | 1 | attorney/client privileged information. |
| 16:52:42 | 2 | MS. ENNS:  Mr. Bial, is that instruction just with |
| 16:52:45 | 3 | respect to the Cadwalader, Wickersham & Taft |
| 16:52:46 | 4 | part? |
| 16:52:46 | 5 | MR. BIAL:  Well, he's already answered questions as |
| 16:52:48 | 6 | to whether third parties are funding his |
| 16:52:52 | 7 | litigation, and I'm instructing him not to |
| 16:52:55 | 8 | answer any questions about the retention |
| 16:53:02 | 9 | agreement between my law firm and Multiven. |
| 16:53:05 | 10 | MS. ENNS:  I'll rephrase the question. |
| 16:53:05 | 11 | Q   Are you going to -- strike that. |
| 16:53:07 | 12 | Are you going to follow your counsel's |
| 16:53:08 | 13 | instruction? |
| 16:53:08 | 14 | A   I have to. |
| 16:53:09 | 15 | Q   Are any individuals funding Multiven's |
| 16:53:12 | 16 | litigation against Cisco? |
| 16:53:14 | 17 | A   No. |
| 16:53:20 | 18 | Q   Are any entities funding Multiven's litigation |
| 16:53:23 | 19 | against Cisco? |
| 16:53:24 | 20 | MR. BIAL:  I'm going to object as to vagueness of |
| 16:53:27 | 21 | "entities," but you can answer, if you can. |
| 16:53:30 | 22 | A   How do you mean "entities"? |
| 16:53:33 | 23 | MS. ENNS: |
| 16:53:33 | 24 | Q   Are any corporations funding Multiven's |
| 16:53:36 | 25 | litigation against Cisco? |

752

ADEYEMI PETER ALFRED-ADEKEYE    May 20, 2010
ATTORNEYS' EYES ONLY

| | | | |
|---|---|---|---|
| 16:53:37 | 1 | A | What do you mean "corporations"? |
| 16:53:40 | 2 | Q | Companies. |
| 16:53:42 | 3 | A | No. |
| 16:53:43 | 4 | Q | Defining "entities" as a group of companies, are |
| 16:53:50 | 5 | | any entities funding Multiven's litigation |
| 16:53:53 | 6 | | against Cisco? |
| 16:53:53 | 7 | A | No. |
| 16:53:57 | 8 | MR. O'LEARY: | For the record, when you say |
| 16:54:00 | 9 | | "Multiven's litigation against Cisco," you're |
| 16:54:03 | 10 | | talking about Multiven in its capacity as a |
| 16:54:06 | 11 | | plaintiff? |
| 16:54:06 | 12 | MS. ENNS: | That is correct. Thank you for the |
| 16:54:09 | 13 | | clarification. |
| 16:54:23 | 14 | | █ ████████████████ |
| 16:54:25 | 15 | | █ ███ |
| 16:54:25 | 16 | | █ █████ |
| 16:54:27 | 17 | | █ ██████████████ ██████████ |
| 16:54:32 | 18 | | █ ███████████████████ |
| 16:54:37 | 19 | | ████ |
| 16:54:38 | 20 | | █ ███ |
| 16:54:38 | 21 | | █ ██████████████ |
| 16:54:40 | 22 | | █ ████████ █████████ |
| 16:54:42 | 23 | | █ █████████████████ |
| 16:54:45 | 24 | | ████ |
| 16:54:45 | 25 | | █ ██ |

753

ADEYEMI PETER ALFRED-ADEKEYE      May 20, 2010
ATTORNEYS' EYES ONLY

| 16:54:47 | 1  | Q | Has Multiven ever obtained venture capital? |
| 16:54:53 | 2  | A | No. |
| 16:54:54 | 3  |   |   |
| 16:54:59 | 4  |   |   |
| 16:55:11 | 5  |   |   |
| 16:55:14 | 6  |   |   |
| 16:55:15 | 7  |   |   |
| 16:55:17 | 8  |   |   |
| 16:55:17 | 9  |   |   |
| 16:55:18 | 10 |   |   |
| 16:55:19 | 11 |   |   |
| 16:55:22 | 12 |   |   |
| 16:55:24 | 13 |   |   |
| 16:55:28 | 14 |   |   |
| 16:55:28 | 15 |   |   |
| 16:55:29 | 16 |   |   |
| 16:55:32 | 17 |   |   |
| 16:55:35 | 18 |   |   |
| 16:55:37 | 19 |   |   |
| 16:55:38 | 20 |   |   |
| 16:55:40 | 21 |   |   |
| 16:55:47 | 22 |   |   |
| 16:55:54 | 23 |   |   |
| 16:55:56 | 24 |   |   |
| 16:55:58 | 25 |   | -- |

754

ADEYEMI  PETER  ALFRED-ADEKEYE       May 20, 2010
ATTORNEYS'  EYES  ONLY

| | | |
|---|---|---|
| 16:56:01 | 1 | ██  ███ |
| 16:56:01 | 2 | █  ████████████  █████████  ██ |
| 16:56:04 | 3 | ██████  ████████████████ |
| 16:56:09 | 4 | █  █  █████████  ██████████ |
| 16:56:11 | 5 | ████████ |
| 16:56:11 | 6 | MS. ENNS:  I'd like to introduce the next exhibit, |
| 16:56:13 | 7 | exhibit 41. |
| 16:56:14 | 8 | EXHIBIT 41:  Zimbra Collaboration Suite |
| 16:57:06 | 9 | communication between Basil Gray and Peter |
| 16:56:58 | 10 | Adekeye |
| 16:56:58 | 11 | A    Thank you.  Yes, reviewed. |
| 16:56:59 | 12 | MS. ENNS: |
| 16:56:59 | 13 | Q    Do you recognize this type of document? |
| 16:57:01 | 14 | A    Yes. |
| 16:57:01 | 15 | Q    Is it an e-mail? |
| 16:57:03 | 16 | A    Yes. |
| 16:57:03 | 17 | Q    Is it from you? |
| 16:57:04 | 18 | A    It's correspondence between Basil Gray and |
| 16:57:08 | 19 | myself. |
| 16:57:08 | 20 | Q    And did you draft the correspondence? |
| 16:57:10 | 21 | A    I wrote it. |
| 16:57:16 | 22 | █  █████████████████████ |
| 16:57:21 | 23 | ████████████████ |
| 16:57:23 | 24 | █████████████████ |
| 16:57:27 | 25 | █████████████████ |

755

Merrill Legal Solutions
(800)  869-9132

ADEYEMI PETER ALFRED-ADEKEYE     May 20, 2010
ATTORNEYS' EYES ONLY



| Time | # |
|------|---|
| 16:57:30 | 1 |
| 16:57:31 | 2 |
| 16:57:32 | 3 |
| 16:57:35 | 4 |
| 16:57:44 | 5 |
| 16:58:02 | 6 |
| 16:58:06 | 7 |
| 16:58:07 | 8 |
| 16:58:10 | 9 |
| 16:58:11 | 10 |
| 16:58:16 | 11 |
| 16:58:20 | 12 |
| 16:58:20 | 13 |
| 16:58:20 | 14 |
| 16:58:22 | 15 |
| 16:58:22 | 16 |
| 16:58:24 | 17 |
| 16:58:37 | 18 |
| 16:58:40 | 19 |
| 16:58:45 | 20 |
| 16:58:48 | 21 |
| 16:58:49 | 22 |
| 16:58:50 | 23 |
| 16:58:52 | 24 |
| 16:58:56 | 25 |

756

ADEYEMI PETER ALFRED-ADEKEYE      May 20, 2010
ATTORNEYS' EYES ONLY



| 16:58:59 | 1 |
| 16:59:03 | 2 |
| 16:59:06 | 3 |
| 16:59:08 | 4 |
| 16:59:25 | 5 |
| 16:59:35 | 6 |
| 16:59:36 | 7 |
| 16:59:37 | 8 |
| 16:59:40 | 9 |
| 16:59:45 | 10 |
| 16:59:48 | 11 |
| 16:59:50 | 12 |
| 16:59:55 | 13 |
| 16:59:58 | 14 |
| 17:00:03 | 15 |
| 17:00:04 | 16 |
| 17:00:07 | 17 |
| 17:00:07 | 18 |
| 17:00:11 | 19 |
| 17:00:16 | 20 |
| 17:00:20 | 21 |
| 17:00:27 | 22 |
| 17:00:28 | 23 |
| 17:00:29 | 24 |
| 17:00:30 | 25 |

757

ADEYEMI PETER ALFRED-ADEKEYE     May 20, 2010
ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 17:00:37 | 1 | ██ ████████████████ |
| 17:00:39 | 2 | ██ ███████████ |
| 17:00:40 | 3 | ██ ██████████████ ████ |
| 17:00:43 | 4 | ██ █ ████████████ ██████████ ██████ |
| 17:00:45 | 5 | ████████ |
| 17:00:48 | 6 | ██ ███████████████ |
| 17:00:50 | 7 | ████████ |
| 17:00:51 | 8 | ██ ██████ |
| 17:01:04 | 9 | ██ ████████████████████ |
| 17:01:09 | 10 | ███ |
| 17:01:09 | 11 | ██ █████████████████ |
| 17:01:12 | 12 | ██ ██████ ████ ████ █ |
| 17:01:31 | 13 | ██ ██████████ ████████ |
| 17:01:34 | 14 | ████████████ |
| 17:01:35 | 15 | ██ █████ █████ |
| 17:01:37 | 16 | ██ ██████████████████████ |
| 17:01:39 | 17 | ███████████ ████████████ |
| 17:01:42 | 18 | █████████████ |
| 17:01:46 | 19 | ██ █ █████████ ████████ |
| 17:01:54 | 20 | Q    I'd like to refer back to exhibit number 25. |
| 17:01:54 | 21 | A    Do I have a copy of that? |
| 17:01:54 | 22 | Q    She'll hand you a copy. |
| 17:02:16 | 23 | A    Thank you.  Thank you very much. |
| 17:02:16 | 24 | THE MASTER:  Is that the one that was -- |
| 17:02:20 | 25 | MR. BIAL:  I think that was 21. |

Merrill Legal Solutions
(800) 869-9132

ADEYEMI  PETER  ALFRED-ADEKEYE      May  20,  2010
ATTORNEYS'  EYES  ONLY

| | | |
|---|---|---|
| 17:02:22 | 1 | THE MASTER:  Okay.  Thank you. |
| 17:02:28 | 2 | MR. MEENAN:  What is the Bates number? |
| 17:02:30 | 3 | MR. O'LEARY:  17346. |
| 17:02:40 | 4 | A   I'm ready. |
| 17:02:41 | 5 | MS. ENNS: |
| 17:02:41 | 6 | Q   Do you recognize this type of document? |
| 17:02:43 | 7 | A   I do. |
| 17:02:44 | 8 | Q   And it's a Zimbra notebook document? |
| 17:02:46 | 9 | A   Yes. |
| 17:02:47 | 10 | Q   And you have access to this document? |
| 17:02:49 | 11 | A   I see my e-mail address there, so I would think |
| 17:02:52 | 12 | so, yes. |
| 17:02:53 | 13 | |
| 17:02:57 | 14 | |
| 17:03:03 | 15 | |
| 17:03:03 | 16 | |
| 17:03:07 | 17 | |
| 17:03:07 | 18 | |
| 17:03:31 | 19 | |
| 17:03:34 | 20 | |
| 17:03:35 | 21 | |
| 17:03:45 | 22 | |
| 17:03:47 | 23 | |
| 17:03:51 | 24 | |
| 17:03:54 | 25 | |

759

**Merrill Legal Solutions**
**(800) 869-9132**

ADEYEMI PETER ALFRED-ADEKEYE       May 20, 2010
ATTORNEYS' EYES ONLY



| | |
|---|---|
| 17:03:57 | 1 |
| 17:03:59 | 2 |
| 17:04:03 | 3 |
| 17:04:06 | 4 |
| 17:04:11 | 5 |
| 17:04:15 | 6 |
| 17:04:19 | 7 |
| 17:04:21 | 8 |
| 17:04:26 | 9 |
| 17:04:32 | 10 |
| 17:04:35 | 11 |
| 17:04:39 | 12 |
| 17:04:41 | 13 |
| 17:04:46 | 14 |
| 17:04:48 | 15 |
| 17:04:49 | 16 |
| 17:04:55 | 17 |
| 17:04:58 | 18 |
| 17:05:01 | 19 |
| 17:05:05 | 20 |
| 17:05:06 | 21 |
| 17:05:08 | 22 |
| 17:05:10 | 23 |
| 17:05:11 | 24 |
| 17:05:12 | 25 |

760

ADEYEMI PETER ALFRED-ADEKEYE     May 20, 2010
ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 17:05:14 | 1 | ███ ████████████████ ██████████████ |
| 17:05:16 | 2 | ████████████   ██████████ |
| 17:05:17 | 3 | █ ███████████ |
| 17:05:19 | 4 | █ ██████████ |
| 17:05:20 | 5 | █ ████████ ██████████ ██████ █ ████████ |
| 17:05:23 | 6 | ██████████████████████ ██████ |
| 17:05:29 | 7 | █ █████████████ |
| 17:05:30 | 8 | █ ███████████████████████ |
| 17:05:32 | 9 | █ ███████████ |
| 17:05:34 | 10 | █ ██████ |
| 17:05:34 | 11 | █ █████████████ |
| 17:05:42 | 12 | █ █████████████ |
| 17:05:44 | 13 | █ █████████ |
| 17:05:45 | 14 | █ ██████████████████████████ |
| 17:06:02 | 15 | ██████ |
| 17:06:02 | 16 | MS. ENNS:  I'd like to introduce the next exhibit, |
| 17:06:04 | 17 | number 42. |
| 17:06:07 | 18 | EXHIBIT 42:  Zimbra Collaboration Suite document |
| 17:06:28 | 19 | titled "Multiven Finances Budget" |
| 17:06:28 | 20 | A    Ready when you are. |
| 17:06:30 | 21 | MS. ENNS: |
| 17:06:30 | 22 | Q    Do you recognize this type of document? |
| 17:06:32 | 23 | A    I do. |
| 17:06:32 | 24 | Q    Have you seen it before? |
| 17:06:33 | 25 | A    I am not sure I've seen this particular -- |

761

ADEYEMI PETER ALFRED-ADEKEYE     May 20, 2010
ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 17:06:40 | 1 | because there are different versions of them. |
| 17:06:42 | 2 | So at the time of capture of this particular |
| 17:06:44 | 3 | instance I don't know if I saw this version of |
| 17:06:46 | 4 | it, but I'm listening. |
| 17:06:47 | 5 | Q   But you're familiar with the format of this |
| 17:06:50 | 6 | document? |
| 17:06:50 | 7 | A   Yes. |
| 17:06:51 | 8 | Q   Is this document produced monthly? |
| 17:06:53 | 9 | A   No, it's not produced.  It's not a document.  We |
| 17:06:55 | 10 | don't -- we don't print at Multiven.  We're very |
| 17:06:58 | 11 | green. |
| 17:06:58 | 12 | Q   So it's created on a monthly basis? |
| 17:07:01 | 13 | A   This is actually a wiki.  A notebook and it's |
| 17:07:08 | 14 | actually a wiki.  So it's an online document |
| 17:07:14 | 15 | management tool. |
| 17:07:14 | 16 | Q   So if it's a wiki, how would I search for this |
| 17:07:18 | 17 | document? |
| 17:07:18 | 18 | A   You can search in the search box within Zimbra |
| 17:07:23 | 19 | itself. |
| 17:07:23 | 20 | Q   Could I search by document name? |
| 17:07:26 | 21 | A   I would think so, yeah.  I think you should be |
| 17:07:28 | 22 | able to. |
| 17:07:28 | 23 | Q   Can I search by author? |
| 17:07:29 | 24 | A   By author? |
| 17:07:30 | 25 | Q   Correct. |

762

ADEYEMI PETER ALFRED-ADEKEYE      May 20, 2010
ATTORNEYS' EYES ONLY

| | | | |
|---|---|---|---|
| 17:07:31 | 1 | A | I don't -- I don't know.  I haven't tried |
| 17:07:32 | 2 | | searching by author. |
| 17:07:33 | 3 | Q | By the person who created the document? |
| 17:07:35 | 4 | A | I don't know.  I mean, if you created your |
| 17:07:38 | 5 | | document, it will be in your notebook.  So you |
| 17:07:42 | 6 | | can't search someone else's document that's not |
| 17:07:45 | 7 | | been shared with you. |
| 17:07:46 | 8 | Q | But if it's been -- if I shared a document with |
| 17:07:49 | 9 | | you, could you search for all the documents that |
| 17:07:52 | 10 | | I've shared with you? |
| 17:07:53 | 11 | A | I would think so. |
| 17:07:54 | 12 | Q | Do you see the term "monthly burn rate"? |
| 17:07:59 | 13 | A | Yes. |
| 17:07:59 | 14 | Q | What does "monthly burn rate" mean? |
| 17:08:02 | 15 | A | It -- "burn" stands for expenditure.  Opics |
| 17:08:10 | 16 | | [sic]. |
| 17:08:10 | 17 | Q | And do you see where it says "ynd"? |
| 17:08:15 | 18 | A | Yes. |
| 17:08:15 | 19 | Q | What does "ynd" stand for? |
| 17:08:18 | 20 | A | I haven't got a clue.  You'd probably have to |
| 17:08:23 | 21 | | ask the author of the document. |
| 17:08:25 | 22 | Q | And do you know what "TPHW sparing" at the |
| 17:08:30 | 23 | | bottom of the page means? |
| 17:08:32 | 24 | A | Yes. |
| 17:08:32 | 25 | Q | What does it mean? |

763

ADEYEMI  PETER  ALFRED-ADEKEYE      May 20, 2010
ATTORNEYS' EYES ONLY

| | | | |
|---|---|---|---|
| 17:08:33 | 1 | A | TelePacific hardware sparing. |
| 17:08:35 | 2 | Q | And based on the amount of money, can you |
| 17:08:37 | 3 | | estimate when this document was created? |
| 17:08:39 | 4 | A | I think it's probably sometime in 2009. |
| 17:08:45 | 5 | | Probably early 2009 somewhere. |
| 17:08:59 | 6 | MS. ENNS:  I'd like to introduce exhibit number 43. |
| 17:09:02 | 7 | | EXHIBIT 43:  Zimbra Collaboration Suite document |
| 17:09:41 | 8 | | titled "Monthly Burn Rate Snapshot" |
| 17:09:20 | 9 | A | Thank you.  Ready. |
| 17:09:21 | 10 | MS. ENNS: |
| 17:09:21 | 11 | Q | Do you recognize this type of document? |
| 17:09:25 | 12 | A | It's yet another notebook in Zimbra. |
| 17:09:27 | 13 | Q | And this is a form -- the chart is in a form you |
| 17:09:32 | 14 | | recognize? |
| 17:09:32 | 15 | A | It's -- it's just a title. |
| 17:09:38 | 16 | Q | And the title of the table is "Monthly Burn Rate |
| 17:09:42 | 17 | | Snapshot"? |
| 17:09:43 | 18 | A | I would think so, yeah. |
| 17:09:48 | 19 | Q | And is -- are burn rate snapshots produced |
| 17:09:53 | 20 | | monthly at Multiven? |
| 17:09:54 | 21 | A | I would think so. |
| 17:09:55 | 22 | ■ | ████████████████████████████ |
| 17:10:04 | 23 | | ████ ██████████ █████████ |
| 17:10:07 | 24 | | ████████████████████ |
| 17:10:10 | 25 | ■ | ■ ████████████ ███████████ |

764

| | | |
|---|---|---|
| 17:10:19 | 1 | MS. ENNS:  I'd like to introduce document number 44. |
| 17:10:21 | 2 | EXHIBIT 44:  Zimbra Collaboration Suite |
| 17:10:21 | 3 | communication between Peter Adekeye and Basil |
| 17:10:21 | 4 | Gray with attached executive summary dated |
| 17:10:33 | 5 | April 2006 |
| 17:10:33 | 6 | A    Thank you.  Ready. |
| 17:10:54 | 7 | MS. ENNS: |
| 17:10:55 | 8 | Q    Do you recognize this document? |
| 17:10:57 | 9 | A    Yes. |
| 17:10:58 | 10 | Q    And what is -- and on page Multi-0016659 the |
| 17:11:08 | 11 | title is "Executive Summary." |
| 17:11:11 | 12 | A    Okay. |
| 17:11:11 | 13 | Q    What is an executive summary? |
| 17:11:13 | 14 | A    It's a summary of a business proposal or a plan. |
| 17:11:16 | 15 | It's a business plan summary. |
| 17:11:18 | 16 | Q    Sorry? |
| 17:11:18 | 17 | A    It's a business plan summary. |
| 17:11:20 | 18 | Q    And on page Multi-0016662, the last page. |
| 17:11:29 | 19 | A    Okay. |
| 17:11:29 | 20 | Q    Under "Financing." |
| 17:11:32 | 21 | A    Okay. |
| 17:11:32 | 22 | Q    And there is a forecast? |
| 17:11:36 | 23 | A    Yes. |
| 17:11:37 | 24 | Q    Are you responsible for forecasting at Multiven? |
| 17:11:40 | 25 | A    Yes. |

765

| | | | |
|---|---|---|---|
| 17:11:41 | 1 | Q | And how is this forecast generated? |
| 17:11:43 | 2 | A | Based on projected revenue numbers. |
| 17:11:46 | 3 | Q | And how are those projected revenue numbers |
| 17:11:50 | 4 | | derived? |
| 17:11:50 | 5 | A | Basically estimated from market potential, deal |
| 17:11:54 | 6 | | size, deal flow potentials, and so on and so |
| 17:11:59 | 7 | | forth. |
| 17:11:59 | 8 | Q | What is "market potential"? |
| 17:12:01 | 9 | A | The potential for closing business in a |
| 17:12:08 | 10 | | particular territory.  So for instance, if we |
| 17:12:12 | 11 | | feel that in North America the size of a |
| 17:12:16 | 12 | | maintenance services business is worth, say -- |
| 17:12:18 | 13 | | the total addressable market, say, could be |
| 17:12:21 | 14 | | about 25-, you know, $30 billion in North |
| 17:12:24 | 15 | | America by itself, that's the TAM. |
| 17:12:27 | 16 | | The SAM is the serviceable addressable |
| 17:12:29 | 17 | | market, which is, this is how big the big pie |
| 17:12:32 | 18 | | is -- sorry, I'm bad. |
| 17:12:33 | 19 | | This is the big pie, and this is the |
| 17:12:36 | 20 | | portion of the pie that's attainable.  So of |
| 17:12:40 | 21 | | that portion of the pie that's attainable, |
| 17:12:43 | 22 | | that's called the SAM.  And of that, how much of |
| 17:12:45 | 23 | | that can we expect to close in year X or Y or Z |
| 17:12:51 | 24 | | based on the resources we intend to dedicate |
| 17:12:55 | 25 | | towards it.  So that's how we come up with those |

ADEYEMI PETER ALFRED-ADEKEYE      May 20, 2010
ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 17:12:58 | 1 | numbers. |
| 17:12:58 | 2 | Q   And so forgive my ignorance.  The TAM, what's |
| 17:13:03 | 3 | the TAM? |
| 17:13:05 | 4 | A   Target -- total, sorry.  Total addressable |
| 17:13:09 | 5 | market.  And the SAM is a subset of the TAM, and |
| 17:13:11 | 6 | that's called the serviceable addressable |
| 17:13:14 | 7 | market. |
| 17:13:15 | 8 | Q   And using those factors you can calculate |
| 17:13:22 | 9 | predicted gross revenue? |
| 17:13:23 | 10 | A   Yes. |
| 17:13:24 | 11 | Q   Is that correct? |
| 17:13:24 | 12 | And you can predict -- you can project net |
| 17:13:28 | 13 | profit? |
| 17:13:28 | 14 | A   Absolutely. |
| 17:13:29 | 15 | Q   And how many years out can you predict? |
| 17:13:36 | 16 | A   The industry suggests five. |
| 17:13:45 | 17 | Q   And by "industry," is that the service -- market |
| 17:13:48 | 18 | for services specific industry, or? |
| 17:13:50 | 19 | A   No, it's just -- it's a general term that is |
| 17:13:59 | 20 | common in Silicon Valley for technology |
| 17:14:05 | 21 | start-ups.  We put together five-year business |
| 17:14:07 | 22 | plans, five-year projections -- well, five-year |
| 17:14:09 | 23 | targets, you know, financial estimates, and so |
| 17:14:10 | 24 | on and so forth. |
| 17:14:12 | 25 | Q   And so is market potential and deal flow |

767

ADEYEMI PETER ALFRED-ADEKEYE      May 20, 2010
ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 17:14:16 | 1 | potential the same thing? |
| 17:14:18 | 2 | A    Not necessarily. |
| 17:14:20 | 3 | Q    What's the difference? |
| 17:14:21 | 4 | A    It depends on who you're asking. |
| 17:14:23 | 5 | Q    So if you were to use the phrase "deal flow |
| 17:14:28 | 6 | potential," would it differ from market potential? |
| 17:14:30 | 7 | A    Yes. |
| 17:14:30 | 8 | Q    And how would it differ? |
| 17:14:32 | 9 | A    To a venture capitalist the deal flow is how |
| 17:14:38 | 10 | much investments they -- you know, opportunities |
| 17:14:40 | 11 | they get.  To a service company like Multiven a |
| 17:14:46 | 12 | deal flow will be how many potential |
| 17:14:49 | 13 | opportunities for sales we get, for instance. |
| 17:14:52 | 14 | Q    So that's deal flow potential.  And then market |
| 17:14:56 | 15 | potential.  What's market potential, then, in |
| 17:15:02 | 16 | comparison? |
| 17:15:03 | 17 | A    Potential of the market. |
| 17:15:08 | 18 | MS. ENNS:  All right.  I'd like to introduce the next |
| 17:15:12 | 19 | exhibit.  It's going to be 45. |
| 17:15:17 | 20 | THE MASTER:  Excuse me. |
| 17:15:23 | 21 | RCMP OFFICER 1:  Excuse me.  I'm from the RCMP.  I'm |
| 17:15:23 | 22 | sorry.  I have to interrupt your meeting here. |
| 17:15:23 | 23 | THE MASTER:  Okay. |
| 17:15:23 | 24 | A    Hello. |
| 17:15:23 | 25 | RCMP OFFICER 1:  Hi.  I just want to inform you -- |

768

ADEYEMI PETER ALFRED-ADEKEYE     May 20, 2010
ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 17:15:28 | 1 | I'm looking for -- are you a Mr. Peter |
| 17:15:30 | 2 | Alfred-Adekeye? |
| 17:15:32 | 3 | A    Yes. |
| 17:15:34 | 4 | RCMP OFFICER 1:  Okay.  So how do you say your name? |
| 17:15:34 | 5 | A    Adekeye. |
| 17:15:39 | 6 | RCMP OFFICER 1:  Adekeye.  And is it -- |
| 17:15:39 | 7 | MR. O'LEARY:  Just a moment.  Just a moment. |
| 17:15:39 | 8 | RCMP OFFICER 1:  Okay. |
| 17:15:40 | 9 | MR. O'LEARY:  Let's go off the record. |
| 17:15:43 | 10 | MS. ENNS:  Let's stay on the record. |
| 17:15:44 | 11 | MR. O'LEARY:  This is not part of the proceeding. |
| 17:15:44 | 12 | RCMP OFFICER 1.  Okay.  Sorry. |
| 17:15:54 | 13 | MR. O'LEARY:  Off the record. |
| 17:15:54 | 14 | MS. ENNS:  On the record. |
| | 15 | MR. O'LEARY:  The proceeding -- can you take the |
| | 16 | witness outside, then? |
| | 17 | RCMP OFFICER 1:  Sure. |
| | 18 | RCMP OFFICER 2:  Actually, we're going to have to |
| | 19 | effect the arrest here. |
| | 20 | RCMP OFFICER 1:  Yeah.  Well, I was going to say, can |
| | 21 | I just stand to the side here, if it's okay. |
| 17:16:01 | 22 | And I just wanted to speak to you for a moment |
| 17:16:05 | 23 | here, okay?  Mr. Adekeye? |
| 17:16:05 | 24 | A    With me? |
| 17:16:05 | 25 | RCMP OFFICER 1:  Yes. |

769

ADEYEMI  PETER  ALFRED-ADEKEYE        May 20, 2010
ATTORNEYS' EYES ONLY

| | |
|---|---|
| 17:16:05 | THE MASTER:  Wait.  Tom, take your thing off.  This |
| 17:16:05 | is -- |
| 17:16:08 | RCMP OFFICER 1:  Mr. Adekeye, the reason why I'm |
| 17:16:09 | here from the RCMP -- |
| 17:16:09 | MR. O'LEARY:  You don't need to say -- you don't need |
| 17:16:09 | to -- you just stand over here. |
| 17:16:09 | THE MASTER:  Wait a minute.  We're in a deposition |
| 17:16:11 | here, and this doesn't appear to be part of the |
| 17:16:14 | deposition, so I wouldn't -- |
| 17:16:15 | RCMP OFFICER 1:  Okay.  No, I thought you had turned |
| 17:16:15 | all that off. |
| 17:16:15 | THE MASTER:  I suggest you just -- |
| 17:16:15 | MR. O'LEARY:  No. |
| 17:16:15 | THE MASTER:  I'm sorry, I'm a special master |
| 17:16:15 | appointed by the court. |
| 17:16:15 | RCMP OFFICER 1:  Okay. |
| 17:16:16 | THE MASTER:  We're conducting a deposition. |
| 17:16:19 | MR. O'LEARY:  He's been appointed by the federal |
| 17:16:22 | judge. |
| 17:16:22 | RCMP OFFICER 1:  Okay. |
| 17:16:24 | MR. O'LEARY:  Could you instruct that the video be |
| 17:16:26 | turned off, please? |
| 17:16:26 | THE MASTER:  Yes. |
| 17:16:26 | VIDEO OPERATOR:  Okay.  One moment.  Going off |
| 17:16:28 | record.  The time is 5:16. |

770

ADEYEMI  PETER  ALFRED-ADEKEYE      May 20, 2010
ATTORNEYS' EYES ONLY

| | |
|---|---|
| 17:16:31 | (PROCEEDINGS RECESSED AT 5:16 P.M.) |
| 17:16:31 | (PROCEEDINGS RECONVENED AT 5:40 P.M.) |
| 17:39:54 | VIDEO OPERATOR:  We're back on the record.  The time |
| 17:40:17 | is 5:40. |
| 17:40:19 | THE MASTER:  Yes.  We have had an interruption in |
| 17:40:23 | this deposition proceeding.  The interruption |
| 17:40:27 | makes it impossible to continue the deposition |
| 17:40:32 | today and, in my opinion, tomorrow, so I think |
| 17:40:36 | that this deposition will be suspended until |
| 17:40:40 | further notice. |
| 17:40:41 | VIDEO OPERATOR:  Going off record.  The time is 5:40. |
| | (WHEREUPON, THE DEPOSITION WAS |
| | ADJOURNED AT 5:40 P.M.) |
| | (TOTAL TIME:  27 MINUTES) |

I declare under penalty of perjury that the
foregoing is true and correct.  Subscribed at
_____, _____,
this _____ day of _____, 2010.


                    _____

                    Signature of Witness

771

Merrill Legal Solutions
(800) 869-9132

1    Reporter's Certification:

2         I, Christy L. Pratt, RCR, Official Reporter

3    in the Province of British Columbia, Canada,

4    BCSRA No. 535, do hereby certify:

5         That the proceedings were taken down by me

6    in shorthand at the time and place herein set

7    forth and thereafter transcribed, and the same

8    is a true and correct and complete transcript of

9    said proceedings to the best of my skill and

10   ability.

11        IN WITNESS WHEREOF, I have hereunto

12   subscribed my name and seal this 26th day of

13   May, 2010.

14

15

16   _____

17   Christy L. Pratt, RCR, RPR

18   Official Reporter

19

20

21

22

23

24

25


772